UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19 cr 107 |
| Plaintiff, | : | |
| | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| | : | INFORMATION |
| WEBYOGA, INC., | : | |
| | : | 18 U.S.C. § 4 |
| Defendant. | : | |

**THE UNITED STATES ATTORNEY CHARGES**:

## COUNT ONE

### (Misprision of a Felony)

On or about February 23, 2012 through December 2013, in the Southern District of Ohio, the defendant, **WEBYOGA, INC.**, having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, (Fraud and Misuse of Visas) where others have used, possessed, obtained, accepted, and received a visa, to wit an H-1B visa, knowing it to have been procured by means of false claims and statements in violation of 18 U.S.C section 1546(a), did conceal the same by continuing to subcontract for the services and pay invoices for the salaries of the H-1B visa employees while knowing they were performing different duties at different locations than those proposed in their visa applications, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

**All in violation of Title 18, United States Code, Section 4.**

1

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_/s/ Kyle J. Healey_____
KYLE J. HEALEY
ASSISTANT UNITED STATES ATTORNEY