**PLEA INFORMATION**    Date: **8/27/19**

CASE CAPTION:   <u>**USA v. Webyoga, Inc.**</u>    CASE NUMBER: <u>**3:19-cr-107**</u>

Pltfs Attorney: **Kyle Healey**    Defts. Attorney: **Ralph Kohen / Jeanne Cors**

| | |
|---|---|
| **X** | Defendant's Corporate Representative appeared with counsel. |
| ___ | Interpreter ___ appeared and sworn. |
| **X** | Defendant's Corporate Representative waived right to Indictment and signed waiver of indictment form. |
| ___ | Waiver of Indictment form signed by Defendant and Defendant Counsel which was read and translated to Defendant in open Court. |
| ___ | Defendant waived reading of Information and defects in service. |
| **X** | Defendant's constitutional rights explained and Defendant's Corporate Representative stated his understanding of said rights. |
| **X** | Defendant waived constitutional rights. |
| **X** | Defendant's sentencing guidelines range discussed and Defendant's Corporate Representative stated he understood the possible sentence. |
| **X** | Guidelines levels stated as Level ___. |
| **X** | Plea agreement **stipulated to, each page initialed, and document signed by both counsel and Defendant's Corporate Representative**. |
| **X** | Statement of Facts read into record by **AUSA**. |
| **X** | Defendant acknowledged accuracy of Statement of Fact. |
| **X** | Defendant's Corporate Representative entered a plea of **guilty** to Count(s) 1. |
| **X** | Plea accepted and made a permanent part of the record. |
| **X** | Defendant referred to Probation Department for Pre-sentence Investigation (PSI). |
| ___ | Bond / Other: ___ |
| ___ | Conditions of Bond: ___ |
| **X** | Other**: Sentencing set for Thursday, December 5, 2019 at 10:30 am** |

COURT REPORTER:   **Mary Schweinhagen**        CONVENE: **1:50 pm**

DEPUTY CLERK:   **Liz Penski**        RECESS: **2:40 pm**